

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2015

No. 04-14-00564-CV

**IN THE ESTATE OF WADE R. BEDELL, JR., DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2013-PC-0636
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

The appellee's unopposed second motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before April 23, 2015.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2015.

_____
Keith E. Hottle
Clerk of Court